IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>v.<br><br>Ramon Olorunwa Abbas,<br><br>Defendant, | Case No. 20cr337<br>Judge Jeffrey T. Gilbert |

## **ORDER**

Detention hearing held on 7/13/20 via videoconference. The Government orally renewed its motion for removal in custody. For the reasons stated on the record, the Government's oral motion is granted. Accordingly, Defendant is ordered removed to the Central District of California in the custody of the U.S. Marshal forthwith. As provided by 18 U.S.C. § 3142(f), Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody until further order of the Court. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, pending his removal to the charging district, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. Defendant waived his right to a preliminary examination hearing. The Court enters a finding of probable cause.

T:00:45

Date: 7/13/20

_____
Magistrate Judge Jeffrey T. Gilbert